JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANTONIO ALDANA,<br>　　　　Petitioner,<br>　v.<br>KELLY SANTORO,<br>　　　　Respondent. | No. CV 17-1338 DOC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 18, 2017

　　　　　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　United States District Judge